No. 42696.—Protests 960930–G, etc., of T. D. Downing Co. et al. (Boston, etc.).

Opinion by Brown, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42697.—Protest 996656–G/88605 of Paris Bead & Novelty House (Chicago).

Opinion by Tilson, J. It was agreed that the opera glasses in question are similar to those passed upon in *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 and T. D. 48316 was therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 30, 1939

No. 42698.—Protests 941214–G, etc., of Allied Stores Corp. et al. (Baltimore, etc.)

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42699.—Protests 972375–G, etc., of Kaufmann Dept. Stores, Inc., et al. (Pittsburgh, etc.).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42700.—Protests 279194–G, etc., of Saks & Co. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) boxes, bottles, atomizers, jars, photo frames, trays, pincushions, place card stands, tantalus set, pots, flacons, lamps, coffee sets, teapots, jugs, shakers, cups, caskets, and corks as household utensils at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice* v. *United States* (T. D. 49373), and Abstract 34153 cited; (2) flasks as hollow ware at the same rate under the same paragraph, *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) cited; and (3) on the authority of Abstract 8950 toilet sets were held dutiable separately, the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.